IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL GENE BATTIEST**                                              PLAINTIFF

v.                    Case No. 04-5287

**DEPUTY JOSEPH BUTH; DEPUTY
CHARLIE TOMLIN; DEPUTY SAMUEL
PERRIEN; SGT. MICHAEL HOOK;
DR. NEIL MULLINS; NURSE SUE
McDONALD; and DEPUTY JAMES
SHARP**                                                            DEFENDANTS

## O R D E R

Now on this 3rd day of October, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** ("R&R")(document #23), and plaintiff's letter to the Magistrate Judge (document #24), which the Court will treat as **Objections** to the R&R.

The gist of plaintiff's Objections is that he has had difficulties in responding to the Questionnaire prepared by the Magistrate Judge for the purpose of developing his response to defendants' Motion For Summary Judgment, such difficulties being of sufficient magnitude that he should have additional time to complete the Questionnaire. The Court finds these Objections have merit, and that plaintiff should be allowed up to and including November 1, 2005, to respond to the Questionnaire.

AO72A
(Rev. 8/82)

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **not adopted**, and that plaintiff is allowed up to and including November 1, 2005, to respond to the Magistrate Judge's Questionnaire.

**IT IS SO ORDERED.**

                                       /s/ Jimm Larry Hendren
                                       **JIMM LARRY HENDREN**
                                       **UNITED STATES DISTRICT JUDGE**