IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHAEL GENE BATTIEST                                                    PLAINTIFF

       v.                              Civil No. 04-5287

DEPUTY JOSEPH BUTH; DEPUTY
CHARLIE TOMLIN; DEPUTY
SAMUEL PERRIEN; SGT.
MICHAEL HOOK; DR. NEIL MULLINS;
NURSE SUE McDONALD; and
DEPUTY JAMES SHARP                                                       DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Michael Gene Battiest filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on November 22, 2004. His complaint was filed in forma pauperis (IFP).

On May 31, 2005, defendants filed a motion for summary judgment (Doc. 19). On June 6, 2005, the undersigned entered an order (Doc. 22) directing Battiest to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

The plaintiff's response to the questionnaire was to be returned by July 11, 2005. The plaintiff failed to respond to the questionnaire and on August 4, 2005 (Doc. 23) a report and recommendation was entered recommending that the case be dismissed based on plaintiff's failure to prosecute the case and his failure to obey the order of the court.

On October 3, 2005 (Doc. 24), plaintiff filed an objection to the report and recommendation. He asked for additional time to complete the summary judgment questionnaire. On that same day, an order was entered giving the plaintiff until November 1,

2005, to respond to the questionnaire (Doc. 25). To date, the plaintiff has failed to respond to the questionnaire. The court's order and attached questionnaire have not been returned as undeliverable. The order was mailed to the same address as the court's prior orders. Plaintiff has not informed the court of any change in his address.

Plaintiff has not sought an extension of time to respond to the summary judgment motion. He has not otherwise communicated with the court.

I therefore recommend Battiest's claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b). **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 9th day of November 2005.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE