IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MICHAEL GENE BATTIEST**                                                           PLAINTIFF

    v.                Case No. 04-5287

**DEPUTY JOSEPH BUTH; DEPUTY
CHARLIE TOMLIN; DEPUTY SAMUEL
PERRIEN; SGT. MICHAEL HOOK;
DR. NEIL MULLINS; NURSE SUE
McDONALD; and DEPUTY JAMES
SHARP**                                                                            DEFENDANTS

### O R D E R

Now on this 2nd day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #26), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE**